# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| PREFERRED ONE ADMINISTRATIVE SERVICES, | Civil No. 09-3206 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| TERESA A. PERLICK, | |
| Defendant. | |

___

Kevin Hickey, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for plaintiff.

Pursuant to the parties' stipulation of dismissal filed on November 25, 2009 [Docket No. 2],

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements to any party.

DATED: November 30, 2009
at Minneapolis, Minnesota.

                                                    s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                   United States District Judge